IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG RECOR, individually and on behalf of all similarly-situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCED TURBINE SUPPORT, INC.,<br><br>    Defendant. | Civil Action No. 1:12-cv-00107-WSD |

## CONSENT ORDER

This matter is before the Court on Defendant Advanced Turbine Support, Inc. ("Advanced Turbine")'s Motion to Dismiss, or, in the Alternative, to Transfer ("Motion to Transfer") this case to the United States District Court for the Northern District of Florida (Gainesville Division). [Doc. No. 3].

Since the filing of Advanced Turbine's Motion, Plaintiff has indicated his consent to the transfer of this civil action to the Northern District of Florida, Gainesville Division.

Accordingly, having considered the issues raised by Advanced Turbine's Motion to Transfer, and by consent of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that Advanced Turbine's Motion to Transfer is GRANTED. To the extent Advanced Turbine's Motion sought, in the alternative, the dismissal of this civil action, the Motion is DENIED. The Clerk is DIRECTED to transfer this action to the United States District Court for the Northern District of Florida (Gainesville Division).

SO ORDERED, this 23rd day of January, 2012.

                                         Honorable William S. Duffey, Jr.
                                       United States District Judge

CONSENTED TO BY:

| s/ Dean R. Fuchs | s/ Anuj Desai |
|---|---|
| Dean R. Fuchs | Henry R. Chalmers, Esq. \| Ga Bar 118715 |
| SCHULTEN WARD & TURNER, LLP | Anuj Desai, Esq. \| Ga Bar 193889 |
| 260 Peachtree Street, NW | ARNALL GOLDEN GREGORY LLP |
| Suite 2700 | 171 17th Street NW, Suite 2100 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30363 |
| drf@swtlaw.com | [TEL] 404.873.8500 |
| | [FAX] 404.873.8501 |
| *Counsel for Plaintiff Craig Recor.* | anuj.desai@agg.com |
| | *Counsel for Defendant Advanced Turbine Support, Inc.* |